**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

ASHLEY HENDRIX

    VS                                                  CASE NO. 4:18cv366-RH/CAS

APALACHEE CENTER

**JUDGMENT**

This case is dismissed without prejudice.

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

November 1, 2018                    *s/ Cindy Markley*
DATE                                      Deputy Clerk: Cindy Markley